## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEMAIL TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SENDGRID, INC.<br><br>    Defendant. | Civil Action No. 17-cv-1475-VAC-SRF<br><br>Jury Trial Demanded |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, TrueMail Technologies LLC, and defendant SendGrid, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE subject to the terms of that certain agreement entitled "**SETTLEMENT AND LICENSE AGREEMENT**" dated December 1, 2017, with each party to bear its own costs expenses and attorneys' fees.

| | |
|---|---|
| Dated: December 6, 2017 | Respectfully submitted, |
| FARNAN LLP | Morris, Nichols, Arsht & Tunnell LLP |
| /s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 777-0300<br>Fax: (302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff* | /s/ Thomas C. Grimm<br>Thomas C. Grimm (#1098)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>tgrimm@mnat.com<br><br>*Attorneys for SendGrid, Inc.* |