## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

TRUEMAIL TECHNOLOGIES, LLC,

   Plaintiff,

    v.

SENDGRID, INC.

   Defendant.

Civil Action No. 17-cv-1475-GMS

Jury Trial Demanded

### **ORDER OF DISMISSAL WITH PREJUDICE**

   CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, TrueMail Technologies LLC, and defendant SendGrid, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

   ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff, TrueMail Technologies LLC, and defendant, SendGrid, Inc., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**SETTLEMENT AND LICENSE AGREEMENT**" dated December 1, 2017.

   It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

                The Honorable Gregory M. Sleet